John D. Penn
Texas Bar No. 15752300
Email:  jpenn@perkinscoie.com
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
TEL:    (214) 965-7700
FAX:    (214) 965-7799

*Counsel for Buaite Againn, LLP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **IN RE:** § § § **JOHN HILBURN DAVIS, IV,** § § **Debtor.** § § § | **Case No. 21-10970-HCM** **Chapter 7** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE**

Buaite Againn, LLP ("Creditor") files this *Notice of Appearance and Request for Service and Notice* pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Pursuant to Bankruptcy Rules 2002, 3017(a) and 9007, Creditor requests that all notices given or required to be given in this case be given to and served upon counsel for Creditor at the following address, telephone, facsimile, and email:

John D. Penn
**Perkins Coie LLP**
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Tel: (214) 965-7734
Fax: (214) 965-7784
jpenn@perkinscoie.com

The foregoing demand includes not only the notices and papers referenced in the Bankruptcy Rules specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced bankruptcy cases and any proceedings related thereto.

Creditor does not consent to, or waive any rights, claims, actions, or defenses through the filing and service of this *Notice of Appearance and Request for Service and Notice* with respect to jurisdiction under title 11 of the United States Code, and strictly reserves such rights, including (i) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (ii) the right to have final orders in non-core matters entered only with *de novo* review by the District Court, and (iii) the right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: January 20, 2022	Respectfully submitted,

        */s/ John D. Penn*
        John D. Penn
        Texas Bar No. 15752300
        Phone: (214) 965-7734
        Fax:   (214) 965-7784
        Email: jpenn@perkinscoie.com
        **Perkins Coie LLP**
        500 N. Akard Street, Suite 3300
        Dallas, Texas 75201

        *Counsel for Buaite Againn, LLP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's Electronic Case Filing system to all parties authorized to receive notice in this case on this 20TH day of January 2022, and upon the Trustee at the email address indicated below.

Ron Satija
P.O. Box 660208
Austin, Texas 78766
rsatija@satijatrustee.com

        */s/ John D. Penn*
        John D. Penn