**Fill in this information to identify your case:**

Debtor 1: John Hilburn Davis, IV
 First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number (If known): 21-10970-hcm

☑ Check if this is an amended filing
**(SECOND AMENDED)**

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| ☐ Same as Debtor 1 | | | ☐ Same as Debtor 1 |
| 311 Bowie Street #3207<br>Austin, TX 78703 | From 12/20/2019<br>To 12/20/2020 | | From ____<br>To ____ |
| ☐ Same as Debtor 1 | | | ☐ Same as Debtor 1 |
| 7775 Firefall Way #1718<br>Dallas, TX 75230 | From 07/28/2018<br>To 08/27/2019 | | From ____<br>To ____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 1

Debtor 1    John Hilburn Davis, IV                Case number (if known) 21-10970-hcm
        First Name   Middle Name   Last Name

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

   **\*\*2019 and 2020 imputed income estimates based on best available data - subject to review and change by accountants employed to do 2019 and 2020 tax returns.**

   |  | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   |  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
   | **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 188,461.56 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
   | **For last calendar year: \*\***<br>(January 1 to December 31, 2020) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 157,395.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
   | **For the calendar year before that:\*\***<br>(January 1 to December 31, 2019) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

   |  | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   |  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
   | **From January 1 of current year until the date you filed for bankruptcy:** | Stock in DBG, Inc<br>in exchange for<br>see Schedule A/B | $<br>$<br>$ | | $<br>$<br>$ |
   | **For last calendar year:**<br>(January 1 to December 31, 2020) | | $<br>$<br>$ | | $<br>$<br>$ |
   | **For the calendar year before that:**<br>(January 1 to December 31, 2019) | | $<br>$<br>$ | | $<br>$<br>$ |

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page **2**

Debtor 1    **John Hilburn Davis, IV**                  Case number (*if known*) __21-10970-hcm__
First Name    Middle Name    Last Name

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Digital Brands Group Inc.** <br> Creditor's Name <br> **4700 S Boyle Ave** <br> Number Street <br> <br> **Vernon**   **CA**   **90058** <br> City   State   ZIP Code | 11/05/2021 | $ 25,000.00 | $ 12,026.56 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other _____ <br> advances/payments to and from officer |
| **Kessler & Collins\*\*** <br> Creditor's Name <br> <br> Number Street <br> **2100 Ross Ave., Suite 750** <br> **Dallas**   **TX**   **75201** <br> City   State   ZIP Code | | $ 37,982.15 <br><br> **\*\*$30,005.55 - paid by DBGI on 12/15/2021** | $ 0.00 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **Legal Fees** |
| Creditor's Name <br> <br> Number Street <br> <br> City   State   ZIP Code | | $ _____ | $ _____ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

Debtor 1 __John Hilburn Davis, IV_____  Case number (*if known*)__21-10970-hcm_____
         First Name   Middle Name   Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name _____ Number Street _____ City State ZIP Code | _____ | $_____ | $_____ | |
| Insider's Name _____ Number Street _____ City State ZIP Code | _____ | $_____ | $_____ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ☑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name  L. A. and K. Harper Davis  Number Street _____ City State ZIP Code | _____ | $ 7,384.92 | $ 32,617.79 | Monthly payment of insurance premiums per Decree of Divorce's Child Support requirements until daughters graduate from high school in May of 2026. |
| Insider's Name _____ Number Street _____ City State ZIP Code | _____ | $_____ | $_____ | |

Debtor 1    __John Hilburn Davis, IV__          Case number *(if known)* __21-10970-hcm__
       First Name    Middle Name    Last Name

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes. Fill in the details.

| Case title / Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____ <br> _____ <br> Case number _____ | | Court Name _____ <br> Number Street _____ <br> City State ZIP Code _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title _____ <br> _____ <br> Case number _____ | | Court Name _____ <br> Number Street _____ <br> City State ZIP Code _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor's Name / Address | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor's Name <br> _____ <br> Number Street <br> _____ <br> _____ <br> City State ZIP Code | | _____ | $_____ |

**Explain what happened**
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

| Creditor's Name / Address | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor's Name <br> _____ <br> Number Street <br> _____ <br> _____ <br> City State ZIP Code | | _____ | $_____ |

**Explain what happened**
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

Debtor 1    __John Hilburn Davis, IV__               Case number *(if known)* __21-10970-hcm__
         First Name    Middle Name    Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☒ No
    ☐ Yes. Fill in the details.

    | Creditor's Name / Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|
    | _____ Creditor's Name <br><br> _____ Number Street <br><br> _____ City State ZIP Code | | _____ | $_____ |

    Last 4 digits of account number: XXXX–___ ___ ___ ___

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☒ No
    ☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☒ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | _____ Person to Whom You Gave the Gift <br><br> _____ Number Street <br><br> _____ City State ZIP Code <br><br> Person's relationship to you _____ | | _____ <br><br> _____ | $_____ <br><br> $_____ |

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | _____ Person to Whom You Gave the Gift <br><br> _____ Number Street <br><br> _____ City State ZIP Code <br><br> Person's relationship to you _____ | | _____ <br><br> _____ | $_____ <br><br> $_____ |

Debtor 1  John Hilburn Davis, IV  Case number (if known) 21-10970-hcm
       First Name   Middle Name   Last Name

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | $ |
| Number Street | | | $ |
| City State ZIP Code | | | |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Rochelle McCullough, LLP<br>Person Who Was Paid<br>325 N. St. Paul Street<br>Number Street<br>Suite 4500<br>Dallas TX 75201<br>City State ZIP Code<br>pkeiffer@romclaw.com<br>Email or website address<br>John Hilburn Davis IV<br>Person Who Made the Payment, if Not You | Bankruptcy Retainer for Chapter 7 Filing | 12/15/2021 | $ 5,000.00 |
| | | | $ |

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     page **7**

Debtor 1 __John Hilburn Davis, IV_____  Case number *(if known)*__21-10970-hcm_____
First Name   Middle Name   Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid<br><br>_____ Number   Street<br><br>_____<br><br>_____ City   State   ZIP Code<br><br>_____ Email or website address<br><br>_____ Person Who Made the Payment, if Not You | | _____<br><br>_____ | $_____<br><br>$_____ |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid<br><br>_____ Number   Street<br><br>_____<br><br>_____ City   State   ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ Person Who Received Transfer<br><br>_____ Number   Street<br><br>_____<br><br>_____ City   State   ZIP Code<br><br>Person's relationship to you _____ | | | _____ |
| _____ Person Who Received Transfer<br><br>_____ Number   Street<br><br>_____<br><br>_____ City   State   ZIP Code<br><br>Person's relationship to you _____ | | | _____ |

Debtor 1    John Hilburn Davis, IV            Case number *(if known)* 21-10970-hcm
        First Name   Middle Name   Last Name

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

   ☒ No
   ☐ Yes. Fill in the details.

   | | Description and value of the property transferred | Date transfer was made |
   |---|---|---|
   | Name of trust _____ | | _____ |

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☒ No
    ☐ Yes. Fill in the details.

    | | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | _____ <br> **Name of Financial Institution** <br> _____ <br> **Number   Street** <br> _____ <br> **City      State    ZIP Code** | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
    | _____ <br> **Name of Financial Institution** <br> _____ <br> **Number   Street** <br> _____ <br> **City      State    ZIP Code** | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☒ No
    ☐ Yes. Fill in the details.

    | | Who else had access to it? | Describe the contents | Do you still have it? |
    |---|---|---|---|
    | _____ <br> **Name of Financial Institution** <br> _____ <br> **Number   Street** <br> _____ <br> **City      State    ZIP Code** | _____ <br> **Name** <br> _____ <br> **Number   Street** <br> _____ <br> **City      State    ZIP Code** | | ☐ No <br> ☐ Yes |

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page **9**

Debtor 1 __John Hilburn Davis, IV__   Case number (*if known*) __21-10970-hcm__
First Name   Middle Name   Last Name

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
☐ No
☒ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>Name of Storage Facility<br>**2121 South IH-35**<br>Number   Street<br><br>**Austin           TX**<br>City          State      ZIP Code | _____<br>Name<br>_____<br>Number   Street<br>_____<br>City State  ZIP Code | Historic paperwork and files, a box spring and mattress and books | ☐ No<br>☒ Yes |

## Part 9: Identify Property You Hold or Control for Someone Else

**23.** **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**
☒ No
☐ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>Owner's Name<br>_____<br>Number   Street<br>_____<br>City       State    ZIP Code | _____<br>Number   Street<br>_____<br>City            State  ZIP Code |  | $_____ |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**
☒ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site<br>_____<br>Number   Street<br>_____<br>_____<br>City       State    ZIP Code | _____<br>Governmental unit<br>_____<br>Number   Street<br>_____<br>City       State   ZIP Code |  | _____ |

Debtor 1 __John Hilburn Davis, IV_____  Case number (*if known*)__21-10970-hcm_____
      First Name   Middle Name   Last Name

**25.** Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** _____ | **Governmental unit** _____ | | _____ |
| **Number  Street** _____ | **Number  Street** _____ | | |
| _____  **City  State  ZIP Code** | _____  **City  State  ZIP Code** | | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title**_____ | _____  **Court Name** | | ☐ Pending |
| _____ | _____  **Number  Street** | | ☐ On appeal |
| _____  **Case number** | _____  **City  State  ZIP Code** | | ☐ Concluded |

### Part 11: Give Details About Your Business or Connections to Any Business

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☑ An officer, director, or managing executive of a corporation
    ☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **See attached Exhibit 27**  **Business Name** | | EIN: __ __ – __ __ __ __ __ __ __ |
| _____  **Number  Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| _____  **City  State  ZIP Code** | | From _____ To _____ |
| _____  **Business Name** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. EIN: __ __ – __ __ __ __ __ __ __ |
| _____  **Number  Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| _____  **City  State  ZIP Code** | | From _____ To _____ |

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page **11**

Debtor 1 __John Hilburn Davis, IV_____ Case number (if known)__21-10970-hcm_____
        First Name   Middle Name   Last Name

|  | Describe the nature of the business | Employer Identification number |
|---|---|---|
| _____ | | Do not include Social Security number or ITIN. |
| **Business Name** | | |
| | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| _____ | Name of accountant or bookkeeper | Dates business existed |
| **Number   Street** | | |
| _____ | | From _____ To _____ |
| _____ | | |
| **City        State    ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

Date issued

_____       _____
**Name**                          MM / DD / YYYY

_____
**Number   Street**

_____

_____
**City        State    ZIP Code**

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✗ *John Hilburn Davis, IV*                    ✗ _____
**Signature of Debtor 1**  John Hilburn Davis, IV    **Signature of Debtor 2**

Date __02/16/2022__                           Date _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☐ No
☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# SOFA Exhibit 9

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?** List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

| Case Title / Case Number | Nature of Case | Agency | Status |
|---|---|---|---|
| Cause No. DC-18-06338<br><br>Bryan Begley v. John Hilburn Davis, 1V | Suit on Promissory Note | 95th Judicial District Court, Dallas County, Texas<br>600 Commerce St. #640<br>Dallas, TX 75208 | Concluded |
| Cause No. DC-19-20131<br><br>BKIND Concert Lending, LLC v. John Hilburn Davis IV | Breach of Guaranty | 192nd Judicial District Court, Dallas County, Texas<br><br>600 Commerce St. #692<br>Dallas, TX 75202 | Concluded |
| Cause No. DC-18-07098<br><br>Buaite Againn, LLLP, Plaintiff, and J. Hilburn, Inc., Plaintiff-in-Intervention v. John Hilburn Davis, IV and Layn, Ltd. | Buaite Againn, LLLP – suit on $3,000,000.00 Promissory Note<br><br>J. Hilburn Intervention - stock certificate to Layn, numbered C-26 representing 1,569,019 shares of J. Hilburn common stock used to secure Buaite Againn Promissory Note | 192nd Judicial District Court, Dallas County, Texas<br><br>600 Commerce St. #692<br>Dallas, TX 75202 | Concluded |

# SOFA Exhibit 27

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

| Business Name | Connection | Employer Identification No. | Name of accountant or bookkeeper | Dates business existed |
|---|---|---|---|---|
| Digital Brands Group, Inc.<br>537 Broadway<br>Los Angeles, CA 90014 | Chief Executive Officer, Denim.la Inc. | 46-1942864 | Reid Yeoman | 02/06/2013<br>2/28/2021 |
| SKL Prime Service LLC<br>1121 108th St<br>Arlington, TX 76011 | 20% Ownership Interest | | | 03/03/2008<br>Dissolved: 11/05/2021 |
| J. Hilburn, Inc.<br>883 Trinity Drive<br>Lewisville, TX 75056 | 8% Ownership Interest | | | |
| Layn Management, LLC | Member<br>50% Ownership Interest | | | 12/20/2012<br>02/28/2020 |
| Layn, Ltd. | 49.995% Limited Partnership Interest | | | 01/24/2013<br>02/28/2020 |