# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In Re:　　　　　　　　　　　　　　§　　　Case No. 21-10970-hcm
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§　　　Chapter 7
John Hilburn Davis, IV　　　　　§

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of additonal creditors is true and correct to the best of their knowledge.

*John Hilburn Davis, IV*　　　　　　　　　　　　　03/02/2022

Debtor (John Hilburn Davis, IV)　　　　　　　　　Date


Joint Debtor　　　　　　　　　　　　　　　　　　Date

Four Seasons Residence Club
Aviara, North San Diego
7210 Blue Heron Place
Carlsbad, CA 92011


Digital Brands Group, Inc.
4700 S Boyle Ave
Vernon, CA 90058