**Fill in this information to identify your case:**

Debtor 1: John Hilburn Davis IV
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: Western District of Texas
Case number: 21-10970-hcm (If known)

☑ Check if this is an amended filing
**(FOURTH AMENDED)**

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets — Value of what you own**

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................. $ 0.00
   1b. Copy line 62, Total personal property, from *Schedule A/B* ........................................ $ 24,379.63
   1c. Copy line 63, Total of all property on *Schedule A/B* .................................................. $ 24,379.63

### Part 2: Summarize Your Liabilities

**Your liabilities — Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $ 1,140,900.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................... $ 281,672.59
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ....................... + $ 8,093,093.08

   **Your total liabilities** $ 9,515,665.67

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................ $ 12,784.98

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ........................................... $ 8,018.43

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1    John Hilburn Davis IV        Case number *(if known)* 21-10970-hcm
      First Name    Middle Name    Last Name

**Part 4: Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.      $ 29,166.67

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 281,672.59 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 236,205.01 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 517,877.60 |

**Fill in this information to identify your case and this filing:**

Debtor 1: John Hilburn Davis, IV
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number: 21-10970-hcm

☑ Check if this is an amended filing

**FOURTH AMENDED**

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☐ Yes. Where is the property?

   **1.1.**
   Four Seasons Residence Club
   Street address, if available, or other description
   Aviara, North San Diego
   7210 Blue Heron Place

   Carlsbad / CA / 92011
   City / State / ZIP Code

   _____
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☑ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☑ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?** $_____
   **Current value of the portion you own?** $0.00**

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   _____

   ☐ Check if this is community property (see instructions)

   **\*\*Unknown**

If you own or have more than one, list here:

   **1.2.** _____
   Street address, if available, or other description
   _____
   _____

   _____ / ___ / _____
   City / State / ZIP Code

   _____
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?** $_____
   **Current value of the portion you own?** $_____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   _____

   ☐ Check if this is community property (see instructions)

Official Form 106A/B          Schedule A/B: Property          page 1

Debtor 1    John    Hilburn    Davis, IV      Case number *(if known)* 21-10970-hcm
          First Name    Middle Name    Last Name

1.3. _____
Street address, if available, or other description

_____

_____
City      State      ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ................................................→ $ **0.00**

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
☑ No
☐ Yes

3.1. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

If you own or have more than one, describe here:

3.2. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

Debtor 1 ____John Hilburn Davis, IV_____  Case number (*if known*)__21-10970-hcm_____
         First Name   Middle Name   Last Name

---

3.3. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
[          ]

**Who has an interest in the property?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

3.4. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
[          ]

**Who has an interest in the property?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ❑ No
   ❑ Yes

4.1. Make: _____
Model: _____
Year: _____
Other information:
[          ]

**Who has an interest in the property?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2. Make: _____
Model: _____
Year: _____
Other information:
[          ]

**Who has an interest in the property?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................→  $_____ 0.00

---

Debtor 1    John Hilburn Davis, IV        Case number *(if known)* 21-10970-hcm
First Name   Middle Name   Last Name

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.......... Mattress and Box Springs    $ 200.00

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe..........    $

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.......... Books    $ 100.00

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe..........    $

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........    $

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.......... Everyday clothes for work and leisure    $ 1,000.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe..........    $

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........    $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ............    $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................................................... → $ 1,300.00

Official Form 106A/B       Schedule A/B: Property       page 4

Debtor 1    John Hilburn Davis, IV      Case number *(if known)* 21-10970-hcm
       First Name    Middle Name    Last Name

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ................................................................................................................................. Cash: ................ $ 207.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ...............

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Benchmark Bank | $ 774.75 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes ................

Institution or issuer name:

Digital Brands Group, Inc. (127,278 shares at $2.48 on NASDAQ - 12/16/21)    $ 0.00
of 315,648.35 but same are subject to trading restrictions until 5/13/2022- no    $
value is listed as of the Petition Date due to trading restrictions.    $

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| See attached Exhibit A-B 19 | 0% % | $ 0.00 |
| | 0% % | $ |
| | 0% % | $ |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them......

    Issuer name:
    _____ $_____
    _____ $_____
    _____ $_____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) or similar plan: | _____ | $_____ |
    | Pension plan: | _____ | $_____ |
    | IRA: | _____ | $_____ |
    | Retirement account: | _____ | $_____ |
    | Keogh: | _____ | $_____ |
    | Additional account: | _____ | $_____ |
    | Additional account: | _____ | $_____ |

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes .................

    Institution name or individual:

    | | | |
    |---|---|---|
    | Electric: | _____ | $_____ |
    | Gas: | _____ | $_____ |
    | Heating oil: | _____ | $_____ |
    | Security deposit on rental unit: | _____ | $_____ |
    | Prepaid rent: | _____ | $_____ |
    | Telephone: | _____ | $_____ |
    | Water: | _____ | $_____ |
    | Rented furniture: | _____ | $_____ |
    | Other: | _____ | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes .................

    Issuer name and description:
    _____ $_____
    _____ $_____
    _____ $_____

Official Form 106A/B          Schedule A/B: Property          page **6**

Debtor 1 __John Hilburn Davis, IV__
      First Name   Middle Name   Last Name

Case number *(if known)* __21-10970-hcm__

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    - ☑ No
    - ☐ Yes ............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    $ _____
    $ _____
    $ _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - ☐ No
    - ☑ Yes. Give specific information about them....  See attached Amended Exhibit A-B 25      $ 0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    - ☑ No
    - ☐ Yes. Give specific information about them....    $ _____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ☑ No
    - ☐ Yes. Give specific information about them....    $ _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    - ☑ No
    - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......
      - Federal: $ _____
      - State: $ _____
      - Local: $ _____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - ☑ No
    - ☐ Yes. Give specific information.............
      - Alimony: $ _____
      - Maintenance: $ _____
      - Support: $ _____
      - Divorce settlement: $ _____
      - Property settlement: $ _____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - ☐ No
    - ☑ Yes. Give specific information............. Unpaid wages for November 12, 2021 payroll    $ 9,702.82

---

Official Form 106A/B      Schedule A/B: Property      page **7**

Debtor 1 __John Hilburn Davis, IV__ Case number *(if known)* __21-10970-hcm__
     First Name   Middle Name   Last Name

---

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    - ☐ No
    - ☑ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | New York Life | Holly Davis | $ 3,576.00 |
    | New York Life | Holly Davis | $ 3,576.00 |
    | | | $ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    - ☑ No
    - ☐ Yes. Give specific information............  $ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    - ☐ No
    - ☑ Yes. Describe each claim. .............. See attached Exhibit A-B.33   $ 0.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ☑ No
    - ☐ Yes. Describe each claim. ...............  $ _____

35. **Any financial assets you did not already list**
    - ☐ No
    - ☑ Yes. Give specific information............ See attached Exhibit A-B 35   $ 0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................➔  $ **17,836.57**

---

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    - ☐ No
    - ☐ Yes. Describe.......  $ _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ☐ No
    - ☐ Yes. Describe.......  $ _____

---

Official Form 106A/B     Schedule A/B: Property     page **8**

Debtor 1    John Hilburn Davis, IV      Case number *(if known)* 21-10970-hcm
     First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☐ No
    - ☐ Yes. Describe....... $_____

41. **Inventory**
    - ☐ No
    - ☐ Yes. Describe....... $_____

42. **Interests in partnerships or joint ventures**
    - ☐ No
    - ☐ Yes. Describe.......

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | _____ | ____ % | $_____ |
    | _____ | ____ % | $_____ |
    | _____ | ____ % | $_____ |

43. **Customer lists, mailing lists, or other compilations**
    - ☐ No
    - ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**
        - ☐ No
        - ☐ Yes. Describe......... $_____

44. **Any business-related property you did not already list**
    - ☐ No
    - ☐ Yes. Give specific information .........
        - _____ $_____
        - _____ $_____
        - _____ $_____
        - _____ $_____
        - _____ $_____
        - _____ $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..................... → $ 0.00

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    - ☐ No
    - ☐ Yes........................ $_____

---

Official Form 106A/B      Schedule A/B: Property      page **9**

Debtor 1 __John Hilburn Davis, IV__  Case number *(if known)* __21-10970-hcm__
 First Name  Middle Name  Last Name

48. **Crops—either growing or harvested**
   - ❑ No
   - ❑ Yes. Give specific information. $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   - ❑ No
   - ❑ Yes............................ $_____

50. **Farm and fishing supplies, chemicals, and feed**
   - ❑ No
   - ❑ Yes............................ $_____

51. **Any farm- and commercial fishing-related property you did not already list**
   - ❑ No
   - ❑ Yes. Give specific information............ $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ➔ $_____0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ❑ No
   - ☑ Yes. Give specific information............ **Right to reimbursement from group of folks who acquire classic cars, trucks and motorcycles, often times for resale (Liz Austin is functionally a 48% party in same), for an advance of $5,243.06 made towards participant status in the group as to a specific acquisition that was owned and being refurbished by WHF Group, LLC, but Debtor could not continue with project and bowed out.**
   $_____
   $_____
   $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ➔ $_____5,243.06

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ........................................................................ ➔ $_____0.00

56. **Part 2: Total vehicles, line 5** $_____0.00

57. **Part 3: Total personal and household items, line 15** $_____1,300.00

58. **Part 4: Total financial assets, line 36** $_____17,836.57

59. **Part 5: Total business-related property, line 45** $_____0.00

60. **Part 6: Total farm- and fishing-related property, line 52** $_____0.00

61. **Part 7: Total other property not listed, line 54** + $_____5,243.06

62. **Total personal property.** Add lines 56 through 61. .............. $_____24,379.63  Copy personal property total ➔ + $_____24,379.63

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ................................................................ $_____24,379.63

Official Form 106A/B  Schedule A/B: Property  page **10**

# Schedule A/B - Exhibit 19

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

| Name of Entity | Percent of Ownership | Current value of the portion you own? |
|---|---|---|
| SKL Prime Service LLC (value unknown - possible pledge to BKind Concert Lending) | 20% | $0.00 |
| J. Hilburn, Inc. owned via JHD Loyal Trust where Debtor is Trustee with withdrawal rights per Trust Agreement. (value unknown - issue of whether same were transferred to Buaite Againn, LLLP remains open). | 4% | $0.00 |
| Layn Management, LLC | 50% | $0.00 |
| Layn, LTD - Limited partnership interest | 49.995% | $0.00 |

# Amended Schedule A/B Exhibit 25

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    1. JHD Loyal Trust – settled by Holly Harper Davis on 12/27/2012. John Hilburn Davis IV is the Trustee and Trustee has power, per 3.1.A.1 to disburse to Trustee so much net income and principal of the Separate Trust as will provide for Trustee's needs. Spendthrift provisions only affect beneficiaries of this trust per the trust document. This Trust **at one time owned a beneficial interest in** four percent (4%) of J. Hilburn, Inc.'s shares **through that entity's ownership interest in Layn, LLC. Well prior to** the Petition Date, **the referenced interest in J. Hilburn was transferred, on account of a court order entitled *Final Judgment* in the matter entitled *Buaite Againn, LLP and J. Hilburn, Inc.* v. *John Hil Davis IV and Layn, Ltd.* Cause No. DC-18-07098, 160th Judicial District Court, Dallas County, Texas, to *Buaite* Againn, LLP as a secured party with a pledge of said stock, on or about June 19, 2019, the date of the referenced Final Judgment. No known credit amount for the value of the interest in J. Hilburn, Inc. at the time of such transfer See *Bryan Begley's Petition in Intervention* dated July 17, 2019. As of the Petition Date the referenced interests in J. Hilburn Inc. were thereafter recognized as being held by Buaite Againn, LLP (see Corporate Ownership Statement per Rule 7007.1 listing holders of ten percent (10%) or more of the pre-petition equity securities of J. Hilburn, Inc. [*In re J. Hilburn, Inc.*, Case No. 20-31308-hdh-11, U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division – Docket No. 1 p.15]), which interests had thereafter been cancelled and were to receive no distribution per the plan confirmed in that case (see *Findings of Fact, Conclusions of Law, and Order Approving Disclosure Statement and Confirming Amended Plan of Reorganization of J. Hilburn, Inc. under Chapter 11 of the Bankruptcy Code* Docket No. 172 and specifically terms of the Plan attached thereto as Exhibit A, pp.31-85] which went effective in the summer of 2020.**

    2. HHD Secure Trust – settled by John Hilburn Davis IV on 12/27/2012. Holly Harper Davis is the Trustee. Settlor does not appear to have any power to affect any asset distribution to himself per the trust document and cannot become the Trustee, Holly can only appoint the Settlor's estate as a Trustee following Settlor's death. This is listed for disclosure purposes only. John Hilburn Davis IV does not have any interest in or power regarding this trust. HHD Secure Trust is the owner of six (6) whole life policies which Debtor, per the Divorce Decree (see p. 23-24 and 29-30) entered on May 23, 2019, Debtor must pay until his children generally are 18 or graduate from high school, whichever is later. HHD also **at one time owned a beneficial interest in** four percent (4%) of J. Hilburn, Inc.'s shares **through that entity's ownership interest in Layn, LLC. Well prior to** the Petition Date, **the referenced interest in J. Hilburn was transferred, on account of a court order entitled *Final Judgment* in the matter entitled *Buaite Againn, LLP and J. Hilburn, Inc.* v. *John Hil Davis IV and Layn, Ltd.* Cause No. DC-18-07098 160th Judicial District Court, Dallas County, Texas, to *Buaite* Againn, LLP as a secured party with a pledge of said stock, on or about June 19, 2019, the date of the referenced Final Judgment. No known credit amount for the value of the interest in J. Hilburn, Inc. at the time of such transfer See *Bryan Begley's Petition in Intervention* dated July 17, 2019. As of the Petition Date the referenced interests in J. Hilburn Inc. were thereafter recognized as**

**being held by *Buaite* Againn, LLP (see Corporate Ownership Statement per Rule 7007.1 listing holders of ten percent (10%) or more of the pre-petition equity securities of J. Hilburn, Inc. [*In re J. Hilburn, Inc.*, Case No. 20-31308-hdh-11, U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division – Docket No. 1 p.15]), which interests had thereafter been cancelled and were to receive no distribution per the plan confirmed in that case (see *Findings of Fact, Conclusions of Law, and Order Approving Disclosure Statement and Confirming Amended Plan of Reorganization of J. Hilburn, Inc. under Chapter 11 of the Bankruptcy Code* Docket No. 172 and specifically terms of the Plan attached thereto as Exhibit A, pp.31-85] which went effective in the summer of 2020.**

# Schedule A/B - Exhibit 33

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    1.    Issues regarding transfer of SKL Prime Equipment Services, LLC by friendly foreclosure to The Wasserstrom Company now run by prior 70% owner – value of any such potential litigation is unknown at this time.

# Schedule A/B - Exhibit 35

**35. Any financial assets you did not already list**

    1.    Debtor has, per the 2020 Omnibus Incentive Plan and CEO Employment Agreement stock option exercise rights as to 2,144,000 shares of Digital Brands Group, Inc. The stock option exercise rights do not become effective until May 15, 2022. The price to acquire any share of stock up to the total of 2,144,000 shares is $4.15 per share. On the Petition Date, the share price was $2.48 per share which results in a greater cost to acquire shares per that stock option of $1.67 per share more than its value on that date. To exercise the option to acquire all such stock would result in paying $3,580,480 more (before any commissions or other costs) than the same number of shares could be acquired in the open market. As such the value of the stock option is listed at $0 on the Petition Date.

    2.    Debtor has per Digital Brands Group, Inc.'s 2013 Stock Plan stock option exercise rights as to 80,000 shares of Digital Brands Group, Inc. The stock option exercise rights do not become effective until May 15, 2022. The price to acquire any share of stock up to the total of 80,000 shares is $3.28 per share. On the Petition Date, the share price was $2.48 per share which results in a greater cost to acquire shares per that stock option of $.80 per share more than its value on that date. To exercise the option to acquire all such stock would result in paying $64,000 more (before any commissions or other costs) than the same number of shares could be acquired in the open market. As such the value of the stock option is listed at $0 on the Petition Date.

**Fill in this information to identify your case:**

Debtor 1: John Hilburn Davis IV
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number: 21-10970-hcm
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the fourth amended Schedule A/B and Summary filed with this declaration and that they are true and correct.**

✗ *John Hilburn Davis, IV*        ✗ _____
Signature of Debtor 1  **John Hilburn Davis, IV**         Signature of Debtor 2

Date 04/06/2022                    Date _____
MM / DD / YYYY                     MM / DD / YYYY

Official Form 106Dec                Declaration About an Individual Debtor's Schedules